**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6502**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL SNIPE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CR-91-9-N, CA-97-396-2)

———————

Submitted: July 22, 1999              Decided: July 28, 1999

———————

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Snipe, Appellant Pro Se. Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Snipe seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). Snipe raised two issues in the district court; he raised entirely new claims on appeal. Snipe forfeited the issues raised in the district court by not raising them on appeal. See 4th Cir. R. 34(b). The arguments made to this court in Snipe's informal brief are not cognizable because they were not raised in the district court. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Accordingly, we deny a certificate of appealability and dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED